CAPITOL INDEMNITY CORP., Appellant,

v.

UNIVERSAL SURETY OF AMERICA, Appellee.

No. 05–05–01040–CV.

Court of Appeals of Texas, Dallas.

Aug. 30, 2006.

Roy Lee White, Ian M. McLin, Shaddox, Compere, Walraven & Good, P.C., San Antonio, for appellant.

Michelle Reiger, Michael Patrick Lyons, Winstead Sechrest & Minick P.C., Dallas, for appellee.

Before Justices WRIGHT, O'NEILL, and LANG–MIERS.

## OPINION

Opinion By Justice O'NEILL.

The Court has before us appellant Capitol Indemnity Corporation's August 21, 2006 motion to dismiss its appeal. We grant appellant's motion and dismiss this appeal. *See* TEX.R.APP. P. 42(a).